# United States District Court
# Central District of California

| | |
|---|---|
| GAIL WILLIS,<br>　　　　　Plaintiff,<br>　v.<br>AFFINIA DEFAULT SERVICES, LLC et al.,<br>　　　　　Defendants. | Case No. 2:19-cv-02440-ODW (SK)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

January 8, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**